

No. 15–0191/AR. U.S. v. Andrew J. Ruh. CCA 20120398. Appellee's motion to file a 10–day answer letter out of time is denied.

No. 15–0289/AF. U.S. v. Roy A. Bowser. CCA 2014–08. Appellee's motion to extend time to file an answer brief is granted to January 26, 2015.

No. 15–0295/AR. U.S. v. Kevin D. Washington. CCA 20140826. Appellee's motion to extend time to file an answer to the writ-appeal petition is granted to February 6, 2015.

No. 14–0633/AF. U.S. v. Dustin A. Miller. CCA 37869. Appellant's petition for reconsideration of this Court's order issued on December 8, 2014 is denied.

No. 15–0170/AR. Peter T. Roukis, Jr., Petitioner v. United States Army, Respondent. On consideration of Petitioner's petition for reconsideration of this Court's order issued on November 18, 2014, it is ordered that said petition for reconsideration is denied.